

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201-489-3000    201-489-1536 fax

New York
—
Delaware
—
Maryland
—
Texas
—
Florida

Ilana Volkov
Member
Admitted in NJ and NY

Reply to New Jersey Office
Writer's Direct Line: 201-525-6269
Writer's Direct Fax: 201-678-6269
Writer's E-Mail: ivolkov@coleschotz.com

January 5, 2017

**Via ECF and E-mail**

The Honorable Robert D. Drain, U.S.B.J.
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140

    Re:    Armstrong New West Retail LLC; Case No. 16-23086 (RDD)

Dear Judge Drain:

    This firm is counsel to Ladder Capital Finance LLC ("Ladder") in connection with the above-referenced case. We submit this letter to request a telephonic conference with the Court in accordance with Your Honor's Chambers' Rules to address the Debtor's continuing failure to pay real estate taxes for its real property located at 250 West 90th Street, New York, New York (the "Property").

    The parties last appeared before Your Honor on November 16, 2016, for a hearing on Ladder's motion to dismiss and/or for stay relief. At that hearing (and in pleadings filed with the Court in advance thereof), the Debtor represented that it was making arrangements to obtain debtor-in-possession financing, the proceeds of which would be used, in part, to pay the outstanding real estate taxes, as well as the taxes that were coming due January 1, 2017. As of today, we are informed that the most recent tax bill (in the amount of $371,164.78) was not paid, causing the total amount of outstanding taxes on the Property to be $888,024.68, with interest continuing to accrue. (A copy of the New York City Department of Finance Account History through today's date is enclosed herewith).

    Since the November 16 hearing, and although the Debtor filed a Disclosure Statement and Plan of Reorganization, the Debtor has not filed any DIP financing motion or a motion to approve the Disclosure Statement. The only motion the Debtor filed was to extend the exclusivity period for soliciting votes with respect to the Plan of Reorganization, incredibly for an additional 120 days, to June 6, 2017. That motion is not returnable until February 10, 2017, however, and it is unfair to Ladder to have to incur expenses objecting to that motion and waiting another month before we are heard by Your Honor when almost two (2) months have passed since the Debtor represented to this

Cole Schotz P.C.

The Honorable Robert D. Drain, U.S.B.J.
January 5, 2017
Page 2

Court that it was obtaining DIP financing and that it would be filing a motion promptly to approve same.

Given the Debtor's prior representations, Ladder respectfully submits the Debtor should be directed to update the Court and Ladder on its intentions with respect to the outstanding real estate taxes and the exit strategy for this case so that additional (and quite undue) delays and unnecessary legal fees can be avoided. Accordingly, Ladder respectfully requests that the Court schedule a conference call to discuss the issues raised herein at the Court's earliest convenience.

As always, the Court's time and attention to this matter are greatly appreciated.

                Respectfully submitted,

                */s/ Ilana Volkov*

                Ilana Volkov

IV:rc

cc:    Arnold Mitchell Greene, Esq. (*via E-mail and ECF*)
       Lori A. Schwartz, Esq. (*via E-mail and ECF*)
       Serene K. Nakano, Esq. (*via E-mail and ECF*)

**Account History ¦ City of New York**   (Clicking on a link below will open a new window)
DISCLAIMER                                Information Explanation

**Profile**

| | | | | |
|---|---|---|---|---|
| **Report Date** | 01/05/2017 | **Payments Thru:** | 04/14/2016 | |
| **Borough:** | MANHATTAN | **Building Class:** | RK Codes | |
| **Block:** | 1237 | **Tax Class:** | 4 | |
| **Lot:** | 1101 | **In Rem:** | N | |
| **Property Address:** | 250 WEST 90 STREET | **Exemption:** | N | |
| | | **Unused SCRIE credit:** | .00 | |

Click here to go back to the summary listing.

| Account Type | Account ID | Period Begin Date | Due Date | Period End/ In Date | Interest Begin/ Process Date | Trans Type/ID or Note | Item Ind | Liability | Collection |
|---|---|---|---|---|---|---|---|---|---|
| NGCK | | 04/26/2016 | 07/01/2016 | 04/26/2016 | 07/01/2016 | | | | |
| | | | | 04/26/2016 | 04/26/2016 | 001  0931659061681 | C1 | 20.00 | .00 |
| | | | | | | **Period Balance:** | | **20.00** | |
| PROP | | 07/01/2012 | 07/01/2012 | 12/31/2012 | 07/01/2012 | **Assessed Value:** | | **5,292,526.00** | |
| | | | | 06/08/2012 | 06/08/2012 | 001  0931235159822 | C1 | 268,648.62 | .00 |
| | | | | 07/01/2012 | 06/20/2012 | 202  0401231263246 | P1 | .00 | 268,648.62 |
| | | | | 07/01/2012 | 06/28/2012 | 202  0401241262817 | P1 | .00 | 268,648.62 |
| | | | | 07/01/2012 | 01/11/2013 | 219  0931360585146 | P1 | .00 | 263,275.65 |
| | | | | 07/01/2012 | 01/11/2013 | 219  0931360585156 | P1 | .00 | 5,372.97 |
| | | | | 07/01/2012 | 03/02/2016 | 219  0931658534449 | P1 | .00 | 268,648.62 |
| | | | | 07/01/2012 | 01/11/2013 | 220  0931360585161 | P1 | .00 | -268,648.62 |
| | | | | 07/01/2012 | 07/17/2012 | 224  0931247220572 | P1 | .00 | -263,275.65 |
| | | | | 07/01/2012 | 11/30/2012 | 224  0931256241726 | P1 | .00 | -5,372.97 |
| | | | | 07/01/2012 | 04/13/2016 | 801  0931658784156 | P1 | .00 | -268,648.62 |
| | | | | 03/04/2016 | 04/13/2016 | 039  0931658784152 | P1 | .00 | 268,648.62 |
| | | | | 03/04/2016 | 03/04/2016 | 204  0931658534450 | P1 | .00 | -268,648.62 |
| | | | | | | **Period Balance:** | | **.00** | |
| PROP | | 01/01/2013 | 04/01/2013 | 06/30/2013 | 04/01/2013 | **Assessed Value:** | | **5,292,526.00** | |
| | | | | 06/08/2012 | 06/08/2012 | 001  0931235159823 | C1 | 268,648.62 | .00 |
| | | | | 07/01/2012 | 01/11/2013 | 220  0931360585145 | P1 | .00 | -263,275.65 |
| | | | | 07/01/2012 | 01/11/2013 | 220  0931360585145 | I1 | 1,301.23 | .00 |
| | | | | 07/01/2012 | 01/11/2013 | 220  0931360585155 | P1 | .00 | -5,372.97 |
| | | | | 07/01/2012 | 01/11/2013 | 220  0931360585155 | I1 | 26.55 | .00 |
| | | | | 07/01/2012 | 07/17/2012 | 223  0931247220573 | P1 | .00 | 263,275.65 |
| | | | | 07/01/2012 | 07/17/2012 | 223  0931247220573 | D | .00 | 5,372.97 |
| | | | | 07/01/2012 | 11/30/2012 | 223  0931256241727 | P1 | .00 | 5,372.97 |
| | | | | 11/30/2012 | 11/30/2012 | 677  0931254138131 | C1 | 7,197.82 | .00 |
| | | | | 01/01/2013 | 01/02/2013 | 202  0401241384050 | P1 | .00 | 1,824.85 |
| | | | | 01/11/2013 | 01/11/2013 | 148  0931360585157 | I1 | -1,327.78 | .00 |
| | | | | 04/01/2013 | 03/16/2013 | 202  0401341413786 | P1 | .00 | 268,648.62 |
| | | | | | | **Period Balance:** | | **.00** | |
| PROP | | 07/01/2013 | 07/01/2013 | 12/31/2013 | 07/01/2013 | **Assessed Value:** | | **5,750,943.00** | |
| | | | | 06/07/2013 | 06/07/2013 | 001  0931366308415 | C1 | 295,828.50 | .00 |
| | | | | 07/01/2013 | 06/29/2013 | 202  0401341497447 | P1 | .00 | 295,828.50 |
| | | | | | | **Period Balance:** | | **.00** | |

| Type | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| PROP | 01/01/2014 | 01/01/2014 | 06/30/2014 | 01/01/2014 | **Assessed Value:** | | | | **5,750,943.00** | |
| | | | 06/07/2013 | 06/07/2013 | 001 | 0931366308416 | C1 | 295,828.50 | | .00 |
| | | | 11/22/2013 | 11/22/2013 | 677 | 0931385251791 | C1 | 2,012.82 | | .00 |
| | | | 01/01/2014 | 01/03/2014 | 202 | 0401341605682 | P1 | .00 | | 297,841.32 |
| | | | | | **Period Balance:** | | | | | **.00** |
| PROP | 07/01/2014 | 07/01/2014 | 12/31/2014 | 07/01/2014 | **Assessed Value:** | | | | **6,316,632.00** | |
| | | | 06/06/2014 | 06/06/2014 | 001 | 0931497461787 | C1 | 326,032.96 | | .00 |
| | | | 07/01/2014 | 07/08/2014 | 202 | 0821441649484 | P1 | .00 | | 326,032.96 |
| | | | | | **Period Balance:** | | | | | **.00** |
| PROP | 01/01/2015 | 01/01/2015 | 06/30/2015 | 01/01/2015 | **Assessed Value:** | | | | **6,316,632.00** | |
| | | | 06/06/2014 | 06/06/2014 | 001 | 0931497461788 | C1 | 326,032.96 | | .00 |
| | | | 11/21/2014 | 11/21/2014 | 677 | 0931416265371 | C1 | 22,803.04 | | .00 |
| | | | 01/01/2015 | 12/31/2014 | 202 | 0821442634247 | P1 | .00 | | 348,836.00 |
| | | | | | **Period Balance:** | | | | | **.00** |
| PROP | 07/01/2015 | 07/01/2015 | 12/31/2015 | 07/01/2015 | **Assessed Value:** | | | | **6,689,096.00** | |
| | | | 06/05/2015 | 06/05/2015 | 001 | 0931528535939 | C1 | 357,331.50 | | .00 |
| | | | 07/01/2015 | 06/30/2015 | 202 | 0831543840119 | P1 | .00 | | 357,331.50 |
| | | | | | **Period Balance:** | | | | | **.00** |
| PROP | 01/01/2016 | 01/01/2016 | 06/30/2016 | 01/01/2016 | **Assessed Value:** | | | | **6,689,096.00** | |
| | | | 07/01/2012 | 04/13/2016 | 222 | 0931658784157 | P1 | .00 | | 268,648.62 |
| | | | 07/01/2012 | 04/13/2016 | 222 | 0931658784157 | I1 | -11,788.79 | | .00 |
| | | | 06/05/2015 | 06/05/2015 | 001 | 0931528535940 | C1 | 357,331.50 | | .00 |
| | | | 11/20/2015 | 11/20/2015 | 676 | 0931548496867 | C1 | -1,872.94 | | .00 |
| | | | 02/19/2016 | 02/19/2016 | 722 | 0931657983154 | I1 | 16,311.02 | | .00 |
| | | | 04/13/2016 | 04/14/2016 | 202 | 0811655688071 | P1 | .00 | | 91,500.00 |
| | | | 04/13/2016 | 04/26/2016 | 213 | 0931659061664 | P1 | .00 | | -91,500.00 |
| | | | 04/13/2016 | 04/26/2016 | 213 | 0931659061664 | I1 | 587.26 | | .00 |
| | | | 06/03/2016 | 06/03/2016 | 722 | 0931667154708 | I1 | 3,040.24 | | .00 |
| | | | 08/26/2016 | 08/26/2016 | 722 | 0931676357678 | I1 | 4,406.42 | | .00 |
| | | | 11/18/2016 | 11/18/2016 | 722 | 0931680513505 | I1 | 4,610.89 | | .00 |
| | | | | | **Period Balance:** | | | | | **103,976.98** |
| PROP | 07/01/2016 | 07/01/2016 | 12/31/2016 | 07/01/2016 | **Assessed Value:** | | | | **7,075,196.00** | |
| | | | 06/03/2016 | 06/03/2016 | 001 | 0931660103567 | C1 | 376,966.44 | | .00 |
| | | | 08/26/2016 | 08/26/2016 | 722 | 0931676357680 | I1 | 17,492.39 | | .00 |
| | | | 11/18/2016 | 11/18/2016 | 722 | 0931680513507 | I1 | 18,304.09 | | .00 |
| | | | | | **Period Balance:** | | | | | **412,762.92** |
| PROP | 01/01/2017 | 01/01/2017 | 06/30/2017 | 01/01/2017 | **Assessed Value:** | | | | **7,075,196.00** | |
| | | | 06/03/2016 | 06/03/2016 | 001 | 0931660103568 | C1 | 376,966.44 | | .00 |
| | | | 11/18/2016 | 11/18/2016 | 676 | 0931677960418 | C1 | -5,801.66 | | .00 |
| | | | | | **Period Balance:** | | | | | **371,164.78** |
| RPIE | 01/01/2016 | 01/01/2017 | 01/01/2016 | 01/01/2017 | | | | | | |
| | | | 11/09/2016 | 11/09/2016 | 001 | 0371600009418 | C1 | 100.00 | | .00 |
| | | | | | **Period Balance:** | | | | | **100.00** |

copyright 2005 The City of New York

This account history statement is for information purposes only.
Please read the disclaimer.

Statements List || Select a B-B-L || NYCProperty Home