ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

875 THIRD AVENUE

NEW YORK, NEW YORK 10022-0123

(212) 603-6300

FAX (212) 956-2164

January 6, 2017

Lori A. Schwartz
(212) 603-6334
ls@robinsonbrog.com

**VIA ECF**
The Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
300 Quarropas Street
White Plains, New York 10601

        Re:    AC NW Retail Investment LLC and
                   Armstrong New West Retail LLC,
                   Chapter 11 Case Nos. 16-23085 and 16-23086 (RDD)
                   (jointly administered)

Dear Judge Drain:

      We write on behalf of the jointly administered Debtors in the above-referenced cases and in response to the letter filed by counsel to Ladder Capital Finance LLC.

      We are in the process of finalizing loan documents negotiated with counsel to Bed Bath & Beyond Inc., the proposed DIP lender and are awaiting the construction budget. The Debtor will then be in a position to finalize its DIP financing motion. With the Court's permission, the Debtor will utilize the February 10, 2017 return date for its solicitation extension motion as the return date for the financing motion and a hearing on approval of the Debtor's disclosure statement. Debtor has also prepared for filing its request for a bar date and will process the application next week.

      If the Court believes a conference call is necessary to provide any further information, we will make ourselves available at the Court's convenience. We will also communicate the above with Ladder's counsel directly and request that going forward they first communicate with our office to provide an update before seeking the Court's intervention.

{00833422.DOC;1 }820905

ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

Honorable Robert D. Drain
January 6, 2017
Page 2

Please have your chambers contact me with any questions.

Respectfully submitted,

Lori A. Schwartz

cc:  Ilana Volkov, Esq.
     Serene Nakano, Esq.
     Joseph Schwartz, Esq.

{00833422.DOC;1 }